UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 12-Cr-00155

UNITED STATES OF AMERICA v. **Lamar McFadden**

Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **MCFADDEN, LAMAR SBI# 776819C** is now confined in **Garden State Correctional Facility.**
2. Said individual will be required at **United States District Court**, before the **Honorable Dennis M. Cavanaugh, July 23, 2012 at 10:00 a.m. Monday** for **an Initial Appearance and Arraignment**, in the above captioned case, in which **he** is a **defendant** and a Writ of Habeas Corpus should be issued for that purpose. **Immediately on completion** of the proceedings, defendant will be returned to federal custody until final disposition of federal charges as a sentence is currently being served at the detaining facility.

DATED: JULY 11, 2012

_____
Assistant United States Attorney
Petitioner NICHOLAS P. GRIPPO

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 16 July 2012

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS: The United States of America to

**WARDEN, GARDEN STATE CORRECTIONAL FACILITY**

WE COMMAND YOU, that you have the body of **Lamar McFadden**, now confined in **Garden State Correctional Facility** brought to the **United States District Court before the Honorable Dennis M. Cavanaugh in Newark, New Jersey on Monday, July 23, 2012, for an Initial Appearance and Arraignment, in the above-captioned matter.** **Immediately on completion** of the proceedings, defendant will be returned to federal custody until final disposition of federal charges as a sentence is currently being served at the detaining facility.

WITNESS the Honorable **Dennis M. Cavanaugh**
United States District Judge at **Newark**, N.J.

DATED: 16 July 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk