UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA          :

                                  :          CRIMINAL 2:12cr155(DMC)

        v.                        :

                                  :                  ORDER

LAMAR McFADDEN                    :

                                  :


        The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

        It is on this  23rd  day of July 2012,

        O R D E R E D  that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Lorraine Gauli-Rufo, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

        Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.



                                    S/DENNIS M. CAVANAUGH
                                     DENNIS M. CAVANAUGH
                                  United States District Judge


cc: Defendant
    Federal Public Defender
    United States Attorney